**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DARWIN JOVANY LALVAY LALVAY,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-8424 (SDW)**<br><br>**ORDER** |

This matter comes before this Court on Petitioner Darwin Jovany Lalvay Lalvay's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) and Respondents' answer in opposition (ECF No. 5). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 5th day of August, 2026

**ORDERED** that the Petition at ECF No. 1 is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that any restrictions imposed by this Court on Petitioner's location are **LIFTED**; and it is finally

**ORDERED** that the Clerk shall close this case.

Hon. Susan D. Wigenton,
United States District Judge